✎AO450 (Rev. 5/85)  Judgment in a Civil Case
___

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard Townley

   V.

Tate & Kirlin Associates, Inc. and John Doe

**JUDGMENT IN A CIVIL CASE**

Case Number:  09-2521 ADM/SRN

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
all claims asserted by Plaintiff in the above-entitled action, including all claims for attorney's fees, are hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

| February 10, 2010 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/A. Linner |
| | (By)    A. Linner,   Deputy Clerk |

Form Modified:  09/16/04